UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 19-34092 |
| Adetayo Adegoke, | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## ORDER RESOLVING OBJECTION TO CLAIM

THIS CAUSE coming on to be heard on the Debtor's objection to Claim No. 2-3 of 3Cloud, LLC, the parties agreeing to reduction and allowance of said claim;

IT IS HEREBY ORDERED that Claim No. 2-3 of 3Cloud, LLC, is allowed in the amount of $3,806,448.35 as a general unsecured claim. This allowance is for the purpose of distribution in this Chapter 13 case only, and shall not be binding in any other case or any other forum, and it is not intended that this allowance have res judicata or collateral estoppel effect in any other case or forum.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: **March 21, 2022**

**Prepared by:**
David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265