UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-34092 |
|---|---|---|
| ADETAYO ADEGOKE | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE FOR UNREASONABLE DELAY

This matter comes before the court on Chapter 13 Trustee's Motion to Dismiss the bankruptcy case of Debtor, Adetayo Adegoke. The Debtor filed his bankruptcy petition on December 3, 2019. Over the following three and a half years the Debtor proposed a total of six plans. The Court has been unable to confirm within a reasonable time the Debtor's most recently proposed plan, which was filed on June 1, 2023.

Therefore, IT IS ORDERED that the Trustee's motion is granted and this case is dismissed for unreasonable delay pursuant to 11 U.S.C. § 1307(c)(1).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: April 04, 2024

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900